## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY H.H. BROWN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BERNADETTE MASON, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY** | : | |
| **OF PHILADELPHIA and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 20-3484** |

### ORDER

**NOW**, this 5th day of October, 2021, upon consideration of the Petition for Writ of *Habeas Corpus* (Doc. No. 2), the response to the Petition, the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Doc. No. 11), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**.

3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.